UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRICIA MILTON, et al,<br>Plaintiffs,<br>v.<br>STANISLAUS COUNTY, et al.,<br>Defendants. | Case No. 1:26-cv-05574-KES-FJS<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiffs Lutricia Milton, Deitra Jones, and Karyn Clark ("Plaintiffs"), who appear to be residents of Modesto California, proceeding *pro se*, filed a civil action asserting employment discrimination and hostile work environment claims. (ECF No. 1.) In their complaint, Plaintiffs allege the workplace violations occurred in Stanislaus County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint in this action should have been filed in the Sacramento Division of the Eastern District of California. 28 U.S.C. § 1391(b)(2).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of

California sitting in Sacramento;

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

3. This court has not issued any new case documents or summonses in connection with the action.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE