UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRICIA MILTON, et al.,<br>Plaintiffs,<br>v.<br>STANISLAUS COUNTY, et al.,<br>Defendants. | No. 2:26-cv-02536-DAD-SCR<br><br>ORDER TO SHOW CAUSE |

The record reflects that more than 90 days have passed since the filing of this action and no return/proof of service is on file, nor has any Defendant appeared. Accordingly, Plaintiff[1] shall show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I. Time Limit for Service**

Plaintiff filed this action on July 20, 2026. ECF No. 1. Summons issued on August 6, 2026. ECF No. 4. Federal Rule of Civil Procedure 4(l) states that "proof of service must be made to the court." Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its

[1] The caption of the complaint lists three plaintiffs, however the complaint is only signed by Lutricia Milton, who is proceeding pro se. A pro se plaintiff cannot represent others pro se. *See Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) ("a non-lawyer has no authority to appear as an attorney for others than himself").

own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The 90 days in which to effect service expired on October 19, 2026. Plaintiff has not filed a return/proof of service, nor has Plaintiff submitted a motion for extension of time to complete service.

Accordingly**, IT IS HEREBY ORDERED** that:

1. Plaintiff shall show cause, in writing, **within 14 days** of the date of this Order, why this action should not be dismissed based on failure to effect service.
2. Plaintiff shall respond by filing either: 1) a motion to extend time for service, explaining why Plaintiff has not completed service, and demonstrating good cause for an extension of time; or 2) a return/proof of service as to all Defendants who have been served.
3. If Plaintiff fails to respond, the Court will recommend dismissal of the action.

SO ORDERED.

DATED: October 27, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE